UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A&R CONSULTANTS, LLC, | ) |
|     Plaintiff/ Counter-Defendant, | ) |
| v. | ) No. 3:11-0393 |
| INDIA ARIE SIMPSON, | ) Judge Sharp/Brown |
|     Counter-Plaintiff | ) |
| and | ) |
| INDIA ARIE, INC. and GOLD & IRON COMPANY, INC., | ) |
|     Defendants | ) |

### O R D E R

A telephone conference was held with the parties on February 14, 2012. The parties advised that they had been working cooperatively to minimize costs in this matter. They did request that the current discovery deadline for nonexperts be moved from March 30, 2012, to **May 15, 2012**. That request is **GRANTED**. The parties advised that they did not see the need at this point to change any other dates. They advised that they were in serious discussions to resolve the matter. The parties are advised that the Magistrate Judge stands ready to assist them at any time with alternative dispute resolution.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge